# Order

Michigan Supreme Court
Lansing, Michigan

June 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154717(77)

KERRY JENDRUSINA,
Plaintiff-Appellee,

v

SHYAM MISHRA, M.D. and SHYAM
N. MISHRA, M.D., P.C.,
Defendants-Appellants.

SC: 154717
COA: 325133
Macomb CC: 2013-003802-NH

_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their supplemental brief to July 12, 2017, is GRANTED. The time for filing the supplemental brief of plaintiff-appellee is also extended to July 12, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



Clerk